# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KRISTOFER ALLEN BURNSIDE**                                                  **PLAINTIFF**
**ADC #658349**

VS.                                        **4:21-CV-00222-BRW**

**JOHN STALEY,** *et al*.                                                                **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of May, 2021.

                                                             Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE